FILED BY _CBN_ D.C.

APR 17 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

United States District Court
For The Southern District Of Florida
Ft. Lauderdale Division

John Lewis Mackey Jr.,                    (21 of 21 pages)
                                           Civil Case
            Plaintiff,

                        v.

                                           Complaint

DUNKIN' BRANDS, INC.:
                                           JURY TRIAL DEMAND

    Executive Team
        Nigel Travis - Cheif Executive, Official Capacity
                    and Chairman
        John Costello - President, Official Capacity
        Bill Mitchell - President, Official Capacity
        Scott Murphy - Senior Vice President, Official Capacity
        Paul Reynish - Chief Marketing Officer, Official Capacity
        Paul Twohig - President, Official Capacity

    Board Of Directors
        Nigel Travis - Board Chairman, Official Capacity
        Raul Alvarez - Board Member, Official Capacity
        Anthony DiNovi - Board Member, Official Capacity
        Michael Hines - Board Member, Official Capacity
        Sandra Horbach - Board Member, Official Capacity
        Mark Nunnelly - Board Member, Official Capacity
        Carl Sparks - Board Member, Official Capacity
        Joe Uva - Board Member, Official Capacity

                        p. 1

330262 DONUTS
INCORPORATE FRANCHISE: (DUNKIN' DONUTS)
     Unnamed - Manager, Official Capacity
     Unnamed - Owner, et al., Official Capacity

Scott Israel - as Sheriff of Broward
               County, et al., Official Capacity

       Defendants


       Civil Rights Lawsuit

              :

       INTRODUCTION


     1.    Plaintiff John Lewis Mackey Jr. a
resident and a native of Ft. Lauderdale, Florida
and of Broward County, United States, Born a shy
and quiet baby and raise in Ft. Lauderdale, FL.
and in Broward Co. A man of Brown color,
lawful, peaceful, religious, righteous man,
antisocial who is poor with a poor financial
status of the Baptist religion, etc., Mr. Mackey
bring this action to seek redress for injuries
that he suffered because of Defendants'
racially, origin, Nationality, National origin,
sex or gender, religion, age, color, disability,
and financial status discriminatory denial
of public accommodations.

p. 2

2.   Defendant Manager of Dunkin' Donuts, is an india female from india or her parents possibly migrated to another country where she was born in that country who is evil, envy, jealousy, hateful of born original United States citizens, especial plaintiff who is a real United States citizen of color.

3.   Defendant owner of this Dunkin' Donuts is represented by and responsible for this manager of his, all of his managers and employees and is held and is responsible for the individual acts and actions of each of his managers and employees. This owner and his managers are over, order, control their employees who do what they tell them to do.

4.   Defendant Scott Israel as sheriff of Broward County (Co.) is responsible for his deputies, jailers, all the rest of his employees, too which include his contracted employees. Mr. Israel, as sheriff of Broward Co. is a foreign terrorist or domestic terrorist or both and so are his deputies, jailers, rest of his employees, his colleagues accomplices and other accomplices. Defendant as sheriff of Broward Co. is held and is responsible for the individual acts and actions of each of them and is over, order, control his employees who do what he tell them to do. Mr. Israel as sheriff of Broward Co. and his deputies, jailers, rest of his employees,

colleagues accomplices, other accomplices
are violent, evil, liars, manipulators,
malicious, unlawful, insane but they know
what they are doing, above the law, are
not serving and protecting U.S. citizens,
others, and real U.S. citizens who plaintiff
is a real U.S. citizen, the public, not keeping
the peace, not obeying and following the
law(s): State Laws, FL. statute and federal
Laws, U.S.C., not U.S. Constitution and its
amendment rights of the U.S. citizens, the
real U.S. citizens, and others who only have
privileges of it; not enforcing the law but
instead breaking the law(s) in Broward Co.,
are danger to peace, health, welfare, well-being,
safety, life, freedom, liberty, property,
pursuit of happiness of plaintiff and others
the same and similar to plaintiff, and are
a danger to U.S. Democracy, United States,
U.S. Constitution and its amendment
rights of the real United States citizens,
the United States citizens.

5    Defendants Manager and owner offer
public accommodations at a donut shop and
fast food restaurant in Pompano Beach, FL.
in Broward Co. known as Dunkin' Donuts. On
November 29, 2016, Defendants denied Mr. Mackey
the use and enjoyment of the benefits, privileges,
goods, services, facilities, advantages, accommodations
and conditions that they extend to all other

similarly situated customers or public and invitees. Defendants manager and owner of this Dunkin' Donuts at 1405 S. Powerline Rd., Pompano Beach, FL. discriminated against plaintiff in violation of the Civil Rights Act of 1866, 42 U.S.C. section 1981, the Civil Rights Act of 1964: Title II - Public Accommodation, 42 U.S.C. sections 2000a and 2000a-6, Open To The Public Law, F.S. section 810.02(1)(a), and F.S. section 760.08

## JURISDICTION AND VENUE

6.    The Court has jurisdiction over Plaintiff's federal claim pursuant to and under 28 U.S.C. sections 1331, 1343 (a)(4), and Plaintiff's inalienable rights and 1, 4, 5, 6, 7, 8, 9, 13, and 14 amendment rights of the United States Constitution. The Court has supplemental jurisdiction over Plaintiff's state laws claims pursuant to and under 28 U.S.C. section 1367.

7.    Venue is proper in the Southern District of Florida, Ft. Lauderdale Division, pursuant to and under U.S.C. section 1391 because the events giving rise to these claims occurred in this District.

## PARTIES

8.      Plaintiff John Lewis Mackey Jr. is a fifty year old man of color who is a Jew (Israelite) or Hebrew of one of the first people created by God: the Jews, who reside in Ft. Lauderdale, FL.

9.      Defendants Nigel Travis, chief executive officer and chairman, Leadership team, and Board of Directors, etc. of Dunkin' Brands, Inc. (DBI) is at 130 Royall St, Canton, MA, Zip code: 02021, phone number: 1-781-237-5200 and DBI is a corporation organized under the laws of the state of Florida. The primary purpose of Defendants Nigel Travis, etc. are to own, operate, and franchise Donut shops, ice cream parlors, fast food restaurants that offer accommodations, etc. to the public.

10.      Defendants owner and manager of 330262 Donuts incorporate franchise is an Florida limited liability corporation. Upon information and belief, Defendants owner and manager owns, manages, operates, and does business as Dunkin' Donuts at 1405 s. powerline Rd, Pompano Beach, FL., Zip Code: 33069, phone number: 954-974-7494, a donut shop and fast food restaurant that offer accommodations, etc. to the public. It is a franchise of Dunkin' Brands, Inc.

11.     Defendant Scott Israel of the office
of the sheriff of Broward County is known as
the Sheriff of Broward Co. and the office of the
Sheriff of Broward Co. is at 2601 w. Broward
Blvd., Ft. Lauderdale, FL., Zip Code: 33312,
phone number: 954-831-8900.


FACTS


12.     On Nov 29, 2016, Mr. Mackey went
to Defendants' Dunkin' Donuts — Donuts shop and
fast food restaurant at 1405 S. Powerline Rd.,
Pompano Beach, FL., to use the restroom or
bathroom this evening, as plaintiff Mr. Mackey
was leaving, Dunkin' Donuts' india female manager
of this Dunkin' Donuts intercepted Mr. Mackey, asking
him to talk to him outside while walking with
plaintiff to the outside of this Dunkin' Donuts.


13.     Dunkin' Donuts' india female manager
made a terrorist threat and terrorist act of having
plaintiff unlawful and illegal arrested for regaining
access and using the restroom or bathroom into
this Dunkin' Donuts again by deputies of sheriff
of Broward Co. which defendant Israel had
already did so before where Mr. John Lewis Mackey Jr.
was unlawful and illegal arrested by deputies
of Mr. Israel, as sheriff of Broward Co., at
another public place and place of public accommodation
which was Broward Co. Publix Supermarket store #1121

p. 7

in Coral Landings II Shopping Center at 6270
W. Sample Rd. in Coral-Springs, FL. on June 15, 2016
for being at this Publix Supermarket Store with
colleague accomplices and other accomplices, etc.

14.    Mr. Mackey, Plaintiff was taken
aback by the change in this india female manager's
attitude of this Dunkin' Donuts, franchise from
the evening.

15.    Mr. Mackey came here before
many times brought donuts, fast foods, and coffees
from here, this Dunkin' Donuts.

16.    Defendants treated Plaintiff
differently in a place of public accommodation
because of race, color, Nationality, origin,
National origin, disability, financial status,
religion, sex or gender, and age. Defendants
denied Mr. Mackey the use and enjoyment of
the benefits, privileges, goods, services, facilities
advantage, conditions and accommodations that
they extend to all other similarly situated customers
or public and invitees.

17.    As a result of Defendants' unlawful
actions as described above, Plaintiff John Lewis
Mackey Jr. has suffered, continue to suffer,
and will in the future suffer irreparable loss
and irreparable injury, including humiliation,
embarrassment, emotional distress, strain on

p. 8

relationships, strain on physical Health and unlawful deprivation of his federally protected rights to exercise and enjoy equal treatment in places of public accommodation without regard for race, color, Nationality, origin, disability, Financial status, religion, sex or gender, and age.

## CAUSE OF ACTION

### COUNT I

### Unlawful Discrimination in Violation of 42 U.S.C. Section 1981

18.    Plaintiff re-allege and incorporate by reference the above paragraphs, as if fully set forth herein, knowingly and willfully against plaintiff by defendants Executive Team, Board of Directors, Manager and Owner.

19. By discriminating against plaintiff on the basis of his race, color and the race, color of their customer or public and invitee in the manner set forth, Defendants have denied Plaintiff the same right to enjoy the benefits, privileges, and conditions, etc. as is and was enjoyed by white citizens, in violation of Plaintiff's rights under the Civil Rights Act of 1866, 42 U.S.C. Section 1981.

## COUNT II

Unlawful Public Accommodation
Discrimination in Violation of
FL. Statute Section 760.08

20.     Plaintiff re-allege and incorporate
by reference the above paragraphs, as if fully
set forth herein, knowingly and willfully
against Plaintiff by Defendants Executive
Team, Board of Directors, Manager, Owner, and
Scott Israel - as Sheriff of Broward County.

21.     By denying Plaintiff the full
and equal enjoyment of the services, goods,
facilities, privileges, advantages, and
accommodations of a place of public accommodation
on the basis of his race, color, Nationality,
origin, National origin, disability or handicap,
poor financial status, religion, sex or gender, and
age and the race, color, Nationality, origin,
National origin, disability or handicap, poor
financial status, religion, sex or gender, and
age of their customer or public and invitee
in the manner set forth, Defendants have
violated FL. Statute section 760.08.

## COUNT III

Unlawful Public Accommodation Discrimination in Violation of 42 U.S.C. sections 2000a and 2000a-6

22. Plaintiff re-allege and incorporate by reference the above paragraphs, as if fully set forth herein, knowingly and willfully against Plaintiff by Defendants, Executive Team, Board of Directors, Manager, Owner, and Scott Israel-as Sheriff of Broward County.

23. By discriminating against Plaintiff by denying plaintiff the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation on the basis of his race, color, religion, or national origin and the race, color, religion, or national origin of their customer or public and invitee in the manner set forth, in violation of Plaintiff's rights under the Civil Rights Act of 1964: Title II-Public Accommodation, 42 u.s.c. sections 2000a and 2000a-6.

## COUNT IV

Unlawful Open To The Public Law Discrimination in Violation of F.S. Section 810.02(1)(a), Plaintiff's 5 and 14 Amendment Rights of the United States Constitution

24.     Plaintiff re-allege and incorporate by reference the above paragraphs, as if fully set forth herein, knowingly and willfully against Plaintiff by Defendants Executive Team, Board of Directors, Manager, Owner, and Scott Israel— as Sheriff Of Broward County

25     By discriminating against Plaintiff by denying plaintiff the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation on the basis of his race, color, Nationality, origin, National origin, disability, poor financial status, religion, sex or gender, and age and the race, color, Nationality, origin, National origin, disability, poor financial status, religion, sex or gender, and age of their customer or public, or Plaintiff with consent to enter, and remain, and invitee in the manner set forth, in violation of Plaintiff's inalienable rights and rights of the United States Constitution, Plaintiff's 5, 14 amendment

P 12

Rights of the United States Constitution and F.s. Section 810.02(1)(a), etc.

26.   This Civil Rights Lawsuit is not malicious, in Good Faith, and the Truth.

## Exhibits

27. Exhibit 1 . . . . . . . Arrest Affidavit - Complaint
     (1 page)              Affidavit against Plaintiff
                           of Defendant Scott Israel
                           as Sheriff of Broward Co.'s
                           colleague accomplice
                           Coral Springs Policeman
                           Logan, Corey's attached; etc.;

28. Exhibit 2 . . . . . . Plaintiff's excerpts of
     (2 pages)            Copy of his Petition For
                          Habeas Corpus For State
                          Prisoner's pages 2, 3 and
                          5 attached; et al.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that the Court grant the following relief:

(1) Enter or grant a declaratory judgment find that the foregoing actions of the Defendants violate the Civil Rights Act of 1866, 42 U.S.C. Section 1981, the Civil Rights Act of 1964: Title II- Public Accommodation, 42 U.S.C. sections 2000a(a), (b), (c),(e) and 2000a-6 (a),(b), Open To The Public Law; F.S. section 810.02 (1)(a), F.S. section 760.08, Plaintiff is inalienable rights and 1, 4, 5, 6, 7, 8, 9, 13; and 14 amendment rights of the United States Constitution.

(2) Enter or grant an Emergency Preliminary Injunction, under Fed. Rules Civ. Proc. Rule 65, enjoining, refraining, and ceasing defendants from unlawful aggravated Harassment, unlawful aggravated Stalking, unlawful acts of terrorism, unlawful Moral Turpitude, unlawful acts of Violence and also defendant Scott Israel as Sheriff of Broward County, etc. unlawful arrests, illegal arrests, unlawful aggravated assault and also all defendants any other unlawful acts to plaintiff which is to include everyone who, Plaintiff says is with him because of association with plaintiff Mr. Mackey Jr. with finding that the foregoing action of the Defendants violate the

Civil Rights Act of 1866, 42 U.S.C. section 1981, the Civil Rights Act of 1964: Title II - Public Accommodation, 42 U.S.C. sections 2000a and 2000a-6, Open To The Public Law, F.S. section 810.02 (1)(a), F.S. section 760.08, Plaintiff's inalienable rights and 1, 4, 5, 6, 7, 8, 9, 13 and 14 amendment rights of the United States Constitution.

(3) Enter or grant an Emergency Permanent Injunction, under Fed. Rules Civ. Proc. Rule 65, enjoining, refraining, and ceasing defendants from unlawful aggravated Harassment, unlawful aggravated Stalking, unlawful acts of terrorism, unlawful Moral Turpitude, unlawful acts of Violence and also defendant Scott Israel as Sheriff of Broward County, etc. unlawful arrests, illegal arrests, unlawful aggravated assault and also all defendants any other unlawful acts to plaintiff which is to include everyone who, Plaintiff says is with him because of association with plaintiff Mr. Mackey Jr. with finding that the foregoing action of the Defendants violate the Civil Rights Act of 1866, 42 U.S.C. section 1981, the Civil Rights Act of 1964:

P 15

Title II-Public Accommodation; 42 U.S.C. sections 2000a and 2000a-6; Open To The Public Law; F.S. section 810.02(1)(a); F.S. section 760.08; Plaintiff's inalienable rights and 1, 4, 5, 6, 7, 8, 9, 13 and 14 amendment rights of the United States Constitution.

(4) This Court has original subject matter of this action under 28 U.S.C. section 1332 as there exists complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs.

(5) Grant or Award Plaintiff suing Defendants Executive Team in compensatory damages and compensatory damages with treble damages of $211,000 each for a totall amount of $1,266,000 in compensatory damages against defendants.

(6) Grant or Award Plaintiff suing Defendants Board of Directors in compensatory damages and compensatory damages with treble damages of $211,000 each for a total amount of $1,688,000 in compensatory

damages against defendants

(7) Grant or Award Plaintiff suing Defendants Manager and Owner of Dunkin' Donuts in compensatory damages with treble damages and compensatory damages of $211,000 each for a total amount of $422,000 in compensatory damages against defendants;

(8) Grant or Award Plaintiff suing Defendant Scott Israel as Sheriff of Broward Co, et al. in compensatory damages and compensatory damages with treble damages of $3,781,000 in compensatory damages against defendant;

(9) Grant or Award Plaintiff suing Defendants Executive Team in punitive damages of $2,730,000 against defendants;

(10) Grant or Award Plaintiff suing Defendants Board of Directors in punitive damages of $3,640,000 against defendants;

(11) Grant or Award Plaintiff suing
Defendants Manager and owner
of Dunkin' Donuts in punitive
damages of $910,000 against defendants;

(12) Grant or Award Plaintiff suing
Defendant Scott Israel as
Sheriff of Broward Co., et al.
in punitive damages of $7,685,000
against defendant

(13) Award either Compensatory damages
with treble damages or compensatory
damages to plaintiff in an amount
only the same or more than what
plaintiff requested to be determined
by the jury that would fully
compensate Plaintiff for humiliation,
embarrassment, and emotional
distress.

(14) Award punitive damages to
plaintiff in an amount only the
same or more than what plaintiff
requested to be determined by
the jury that would punish
Defendants for the willful,
wanton, and reckless conduct
alleged herein and that would
effectively deter similar conduct

in the future;

(15) Award Plaintiff reasonable attorney's fees and costs for doing his own attorney's legal work pursuant to and under 42 u.s.c. Section 1981, 42 u.s.c. sections 2000a and 2000a-6, F.S. Section 810.02(1)(a), F.S. section 760.08, Plaintiff's inalienable rights and 1, 4, 5, 6, 7, 8, 9, 13 and 14 amendment rights of the United States Constitution.

(16) Defendants for doing these irreparable injuries to plaintiff are liable and negligent for these damages they done to plaintiff.

(17) Order such other relief as this Court deems just and equitable.


DEMAND FOR JURY TRIAL

Pursuant to and under Fed. Rules Civ. Proc. 38(b), Plaintiff demand a trial by jury of all issues so triable as of right.

Dated: _April 13, 2017_

Respectfully submitted,
_____John Lewis Mackey Jr._____
John Lewis Mackey Jr. (Pro Se)
C/o General Delivery
1900 W. Oakland Park Blvd.
Ft. Lauderdale, FL
(954) 316-3174

## VERIFICATION

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on _April 13, 2017_

_____John Lewis Mackey Jr._____

John Lewis Mackey Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by _____ on_____ on all counsel or parties of record on the

P. 20

Service List below.

_____

Signature of Filer

# SERVICE LIST

Nigel Travis - Chief Executive Officer
and Chairman, et al.
Executive Team
Board of Directors
Dunkin' Brand, Inc.
130 Royall St.
Canton, MA. 02021
1-(781) 737-5200


Unnamed - Manager
Unnamed - Owner, et al.
Dunkin' Donuts - 330262 Donuts
Incorporate Franchise
1407 S. Powerline Rd.
Pompano Beach, FL. 33069
(954) 974-7494


Scott Israel - as Sheriff of Broward County
Broward County Sheriff's Office
2601 W. Broward Blvd.
Ft. Lauderdale, FL. 33312
(954) 831-8900

p. 21

April 13, 2017
℅ General Delivery
1900 W. Oakland Park Blvd.
Ft. Lauderdale, FL. 33310


Clerk of the Court
United States District Court Clerks
Office                                    (2 of 2 pages)
299 E. Broward Blvd.
Room 108
Ft. Lauderdale, FL. 33301


Dear Clerk:

    This is a letter to state what this
Priority Mail Flat Rate Envelope consist of
which is Plaintiff John Lewis Mackey Jr.'s
Original Civil Rights Lawsuit - Complaint with
original signature and dated by Plaintiff,
pro se with Certificate Of Service which include
Plaintiff's Original Civil Cover Sheet,
Plaintiff's 3 Original Summons in Civil Action
with the necessary information written on
them for each Defendants by Plaintiff,
Plaintiff's Original Application to Proceed in
District Court Without Prepaying Fees or
Costs (Short Form) for this Court fill out
with proper information by Plaintiff Mr. Mackey Jr.
(3 pages) (In forma Pauperis) and 3 Copies of

p. 1

Plaintiff's Original Civil Rights Lawsuits —
Complaints including 2 Exhibits attached
with a Cover paper written on it "Exhibit 1"
over Exhibit 1 stated name in his Complaint,
etc. under Title Exhibits and same of
Exhibit 2 with Cover Sheet stating Exhibit
2, etc. for each of the 3 Defendants, etc.

                    Sincerely,
           John Lewis Mackey, Pro Se

P 2



UNITED STATES
POSTAL SERVICE

Origin: 33068
Destination: 33301

1 Lb 4.10 Oz
Apr 06.17
1728030481-14

US POSTAGE PAID
**$6.65**

Retail

PRIORITY MAIL ®1-Day

1005

Expected Delivery Day: 04/17/2017

C019

USPS TRACKING NUMBER

9505 5150 1683 7105 1224 28

FROM: John Lewis Mackeey Jr.
c/o General Delivery
1900 W. Oakland Park Blvd.
Ft. Lauderdale, FL. 33310

TO:

United States District Court Clerks Office
299 E. Broward Blvd., Room 108
Ft. Lauderdale, FL. 33301