FILED BY HH
Sep 25, 2017
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 25, 2017

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 17-12372-CC
Case Style: John Mackey, Jr. v. Dunkin Brands, Inc., et al
District Court Docket No: 0:17-cv-60755-BB

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 08/29/2017.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Julie F. Cohen, CC/lt
Phone #: (404) 335-6170

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 17-12372-CC
_____

JOHN LEWIS MACKEY, JR.,

                                                         Plaintiff - Appellant,

versus

DUNKIN BRANDS, INC.,
NIGEL TRAVIS,
Chief Executive, Official Capacity and
Board Chairman,
JOHN COSTELLO,
President, Official Capacity,
BILL MITCHELL,
President, Official Capacity,
PAUL REYNISH,
Chief Marketing Officer, Official Capacity,
et al.,

                                                         Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant John Lewis Mackey, Jr. has failed to file an appellant's brief and appendix within the time fixed by the rules, effective September 25, 2017.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Julie F. Cohen, CC, Deputy Clerk

FOR THE COURT - BY DIRECTION